# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD J. ALLISON,

    Plaintiff,

v.

CLARK CO METRO PD, et al.,

    Defendants.

Case No. 2:21-cv-01224-APG-NJK

**ORDER**

Plaintiff is proceeding in this action *pro se* and submitted a complaint to initiate this case in this Court. Docket No. 1-1. Plaintiff has not, however, paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. To proceed with this case, Plaintiff must either pay the filing fee or file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

Accordingly, **IT IS ORDERED:**

1. Plaintiff must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

2. The Clerk's Office is instructed to send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled "Information and Instructions" for filing an *in forma pauperis* application.

3. Plaintiff must comply with this order no later than August 30, 2021. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: June 30, 2021

                                                                Nancy J. Koppe
                                                                United States Magistrate Judge